**CAMPBELL, Plaintiff-Appellant, v DUNCAN et, Defendants-Appellees.**

Ohio Appeals, Second District, Franklin County.

No. 4057.  Decided February 9, 1948.

Messrs. Herbert & Dombey, Columbus, Frank H. Ward, Columbus, Messrs. Eagleson & Eagleson, Columbus, for plaintiff-appellant.

Hon. Robert R. Duncan, James M. Linton, Columbus, for defendants-appellees.

## OPINION

By MILLER, J.

This is a companion case to that of Joseph C. Campbell II v Barbara C. Johnson, et al., and being case No. 4058 in this Court. The identical questions raised in the assignments of error were passed upon in said case No. 4058, which likewise are controlling in this case.

We find no error in the record and the judgment is affirmed.

WISEMAN, PJ, and HORNBECK, J, concur.